# NO. 12-09-00241-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE ESTATE OF*<br>*LINARD VIRGIL HICKMAN,*<br>*DECEASED* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW OF* |
| | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants and Appellee have filed a joint motion to dismiss this appeal. In their motion, the parties state that they have settled their dispute and no longer wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered April 7, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)